COMMONWEALTH of Pennsylvania, Respondent

v.

Kristin Nicole LORT, Petitioner.

Supreme Court of Pennsylvania.

March 19, 2010.

### ORDER

PER CURIAM.

AND NOW, this 19th day of March 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for resentencing consistent with our recent decision in *Commonwealth v. Haag,* 603 Pa. 46, 981 A.2d 902 (2009).